IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BRADLEY BARTLETT,** an individual, and
**BARTLETT EXCAVATION LLC,** an
Oregon limited liability company,

        Plaintiffs,

        v.

**CROOK COUNTY, OREGON,**
a political subdivision,

        Defendant.

No. CV 07-716-MO

ORDER OF DISMISSAL

**MOSMAN, J.,**

    Based upon the Stipulated Motion for Order and Judgment of Dismissal (#134) filed by the parties on August 13, 2010,

    IT IS HEREBY ORDERED that the parties' Stipulated Motion for Order and Judgment of Dismissal (#134) is GRANTED, and this action is DISMISSED with prejudice and without costs or attorney fees to any party.

    DATED this  16th  day of August, 2010.

                                          /s/ Michael W. Mosman
                                          MICHAEL W. MOSMAN
                                          United States District Judge

PAGE 1 - ORDER OF DISMISSAL